UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAY POTESTA, TRUSTEE, et. al. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 1:04-CV-1041-SEB-VSS |
| | ) |
| KINSLOW SHEET METAL, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFAULT JUDGMENT
AND PERMANENT INJUNCTION**

Defendant Kinslow Sheet Metal, Inc. having failed to plead or otherwise defend in this action, and its default having been entered, now, upon application of the Plaintiffs, the Plaintiffs are entitled to the sum of $7,932.20 for delinquent contributions, liquidated damages and interest and the attorneys for the Plaintiffs being entitled to a reasonable attorney fee and costs of $1,462.50 for their services rendered in this matter, as shown by the Affidavit of Frederick W. Dennerline, III, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff Funds recover the sum of $7,932.20 and their attorney fees, expenses and costs in the amount of $1,462.50, for a total judgment in the amount of $9,394.70.

IT IS FURTHER ORDERED that the Defendant should be and is PERMANENTLY ENJOINED as follows:

Defendant, its agents, servants, employees, and all persons in active counsel and in participation with it, are permanently enjoined from failing and/or refusing to make timely payment of monies due Plaintiff Funds on behalf of all of Defendant's employees

for whom contributions are required under the aforementioned collective bargaining agreements, beginning with the contributions for the month of June, 2004. All future contributions will be paid on or before their due date on the basis specified in any collective bargaining agreement between Sheet Metal Workers Local Union No. 20 and the Defendant.

    Dated this <u>13th</u> day of June, 2005.

                                                     _____
                                                   SARAH EVANS BARKER, JUDGE
                                                   United States District Court
                                                   Southern District of Indiana

Copies to:

Frederick W. Dennerline, III
FILLENWARTH DENNERLINE GROTH & TOWE
1213 North Arlington Avenue, Suite 204
Indianapolis, IN 46218
fdennerline@fdgtlaborlaw.com

Kinslow Sheet Metal, Inc.
Jerry Kinslow
8624 Gordonshire Drive
Indianapolis, IN 46278

p/458/jlb